(88 South. 362)

## McKINNEY v. STATE. (7 Div. 663.)

(Court of Appeals of Alabama. Feb. 1, 1921.)

Criminal law ⏎1094—Conviction affirmed after time for presenting bill of exceptions has expired.

Where the appeal is on the record, there being no bill of exceptions, and trial judge certifying that the time for presenting a bill of exceptions has expired, and no error appears in the record, conviction will be affirmed.

Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.

Neil McKinney was convicted of burglary, and appeals. Affirmed.

J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. The defendant was convicted of the offense of burglary and sentenced to hard labor for a period of 12 months and an additional number of days to cover the cost. The appeal is on the record, there being no bill of exceptions; the trial judge certifying that the time for presenting a bill of exceptions had expired.

There is no error in the record, and the judgment of conviction is affirmed.

Affirmed.